UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY LYNN KELLEY, | **17-cv-1642 GSA** |
| Plaintiff, | |
| v. | |
| NANCY A. BERRYHILL, Commissioner of Social Security, | **ORDER TO SHOW CAUSE** |
| Defendant. | |

On November 28, 2017, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1). Pursuant to this Court's scheduling order, issued on December 12, 2017, Plaintiff was required to submit USM-285 forms so that service of the summons could be effectuated by the United States Marshal. (Doc. 9, pg. 1-2). On February 13, 2018, the Court issued a minute order noting that Plaintiff had not submitted the USM-285 forms as required. She was ordered to submit the forms no later than **March 2, 2018**. (Doc. 10). Moreover, the Court noted that the required Consent to Magistrate Judge/Request for Reassignment Form ("consent form") was to be filed no later than **March 15, 2018**. (Doc. 10). To date, neither the USM-285 forms, nor the consent form, have been submitted by the Plaintiff.

Finally, pursuant to Civil Rule of Federal Procedure 4(m), a defendant in a civil action must be served within ninety days of the filing of the case, or the Court is required to dismiss the action, after giving notice to the Plaintiff. Fed. R. Civ. P. 4(m). In this case, more than ninety days have passed since the filing of the complaint.

Therefore, Plaintiff is ordered to show cause why this case should not be dismissed for a failure to comply with this Court's orders, and for a failure to prosecute this action. Plaintiff is ORDERED to file a written response to this Order to Show Cause **no later than May 14, 2018**, indicating whether she intends to pursue this action, and explaining why she has not complied with this Court's orders.

**Failure to respond to this Order to Show Cause within the time specified may result in monetary or other sanctions, and will result in dismissal of this case.**

IT IS SO ORDERED.

Dated: **April 16, 2018**  /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE